■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS DODSON, Appellant. [726 NYS2d 573] —Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered May 16, 1996, convicting him of reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). O'Brien, J. P., Altman, Luciano and Adams, JJ., concur.